# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-11417
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 13, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

RONALD CONNER,

      Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:16-CV-752

Before JOLLY, COSTA, and HO, Circuit Judges.

PER CURIAM:*

    This appeal concerns the district court's order holding Conner in contempt. On February 4, 2019, we directed both parties to address whether this case is moot in the light of the district court's order vacating the contempt order. In their responses to the court's directive, both parties acknowledge that the case is now moot. We agree. The district court vacated the contempt order

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-11417

and released Conner from custody—he is no longer suffering any injury or limitation as a result of the contempt order, rendering the sole issue on appeal moot. *See Fontenot v. McCraw*, 777 F.3d 741, 747 (5th Cir. 2015).

DISMISSED AS MOOT.